EASTMAN, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 17, 1909.) Action by James J. J. East-

man against the International Railway Company.

PER CURIAM. Order affirmed, with costs. WILLIAMS, J., dissents.